UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Robert K. Vonoczky,

       Petitioner,

vs.                                            ORDER

Marty C. Anderson, Warden FMC, and
J. Schmidt, Case Manager FMC,

       Respondents.               Civ. No. 06-2422(JNE/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Petition for Writ of Habeas Corpus [Docket No. 1] is dismissed as moot.

2. That the Petitioner's Motion for Injunctive Relief [Docket No. 2] is dismissed, as moot.

                                                                        BY THE COURT:

DATED:    October 16, 2006                    s/ Joan N. Ericksen
                                                                   Judge Joan N. Ericksen
                                                                    United States District Court